IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE C. SMITH,

      Plaintiff,                        No. CIV S-07-0312 FCD GGH P

    vs.

UNKNOWN,

      Defendant.                ORDER

_____/

        Plaintiff, a state prisoner at High Desert State Prison, has filed a request for equitable tolling to file his complaint. Although he asserts that he wishes to proceed in an action pursuant to 42 U.S.C. § 1983, he refers to being allowed equitable tolling with reference to the AEDPA one-year statute of limitations, pursuant to 28 U.S.C. § 2254.

        In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis,[1] or as petitioner, must file an application, pursuant to 28 U.S.C. § 2254, along with the appropriate fee or in forma pauperis application. See 28 U.S.C. §§ 1914(a), 1915(a). The court is unable to grant or deny relief

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments

pursuant to plaintiff/petitioner's request until an action has been properly commenced. Therefore, plaintiff's motion will be denied without prejudice. Plaintiff will be provided the opportunity to file his complaint or petition, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's February 16, 2007, request is denied without prejudice;

2. Plaintiff is granted thirty days from the date of service of this order EITHER:

a) to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; OR

b) as petitioner, to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition. Petitioner shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00. Petitioner's failure to comply with this order will result in a recommendation that this matter be dismissed; and

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

1  3. The Clerk of the Court is directed to send plaintiff/petitioner the court's forms
2  for filing a civil rights action and for filing a petition for writ of habeas corpus, and the
3  application to proceed in forma pauperis by a prisoner.
4  DATED: 3/20/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
smit0312.noc